# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br>　　　　　　Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　Intervenors,<br><br>　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　Defendants. | Bankruptcy Adv. Proc. No. 13-50530 (CSS)<br><br>Civil Action No. 22-cv-197-CFC |

1

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　　　Defendants. | Bankruptcy Adv. Proc. No. 14-50971 (CSS)<br><br>Civil Action No. 22-cv-198-CFC |

## JOINT STIPULATION AND [PROPOSED] ORDER
## STAYING APPEALS PENDING CONCLUSION OF TRIAL

Defendants-Appellants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively "Yucaipa" or "Defendants"), and Appellee-Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator (the "Trustee" or 'Plaintiff," and together with the Defendants, the "Parties") jointly stipulate, subject to the Court's approval, to stay the above-captioned actions (the "Appeals") and toll all applicable deadlines until (a) the conclusion of trial of the remaining issues in the matter from which the Defendants brought these Appeals and (b) the entry thereafter of a further order of this Court with respect to scheduling. In support of this joint stipulation and request, the Parties state as follows:

　　　　1.　　　　On February 1, 2013, the Official Committee of Unsecured Creditors in the bankruptcy case filed a complaint initiating adversary proceeding number 13-50530, and an amended complaint was filed on March 14, 2013, in the United States Bankruptcy Court for the

2

DOCS_DE:238325.2 70753/001

District of Delaware (the "Bankruptcy Court").

2. On November 19, 2014, BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. (together, "Black Diamond"), and Spectrum Investment Partners, L.P. ("Spectrum") (collectively, Black Diamond and Spectrum are "BD/S") filed a complaint initiating adversary proceeding number 14-50971.

3. Under the Debtors' Modified First Amendment Joint Chapter 11 Plan of Reorganization dated December 3, 2015, approved by the Bankruptcy Court, and Litigation Trust Agreement dated December 20, 2016, the adversary proceedings are now jointly prosecuted by the Plaintiff.

4. On February 11, 2022, the Bankruptcy Court entered an order [Adv. Proc. No. 13-50530, D.I. 935; Adv. Proc. No. 14-50971, D.I. 670] (the "Order") granting the *Litigation Trustee's Motion in Limine to Exclude Evidence that the Fourth Amendment was Entered Into in Good Faith and for an Order Clarifying the Scope of Trial* [Adv. Proc. No. 13-50530, D.I. 912; Adv. Proc. No. 14-50971, D.I. 647] filed by the Plaintiff.

5. Defendants filed notices of appeal of the Order on February 12, 2022 [Dkt. No. 1] (the "Notices of Appeal"), commencing these Appeals in this Court.

6. Trial on the remaining issues and claims asserted in the Complaint (the "Trial") is scheduled to begin in the Bankruptcy Court on March 1, 2022.

7. Proceeding with the Appeals at this time before the completion of the Trial in the Bankruptcy Court would be inefficient, would serve no practical purpose, and would result in an unnecessary expenditure of judicial resources.

8. The Trustee asserts that the Appeals may be procedurally deficient and reserves all rights to seek dismissal of the Appeals, and Yucaipa reserves all rights to oppose dismissal.

In light of the foregoing, the Parties hereby stipulate, and request that the Court "So

3

Order" this Stipulation (or enter a separate Order), as follows:

1. All proceedings in these Appeals are hereby stayed.

2. All deadlines in these Appeals are hereby tolled.

3. Within twenty (20) days after the Trial has been completed and the Bankruptcy Court has issued either a report and recommendation or a final order with respect to the Adversary Proceedings in their entirety, the Parties will meet and confer and submit to this Court a status report, including, if applicable, a proposed scheduling order governing further proceedings in these Appeals.

Dated: February 22, 2022

| | |
|---|---|
| FOX ROTHSCHILD LLP<br><br>/s/ Seth A. Niederman<br>Seth A. Niederman (DE Bar No. 4588)<br>Citizens Bank Center<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>sniederman@foxrothschild.com<br><br>-and-<br><br>JOSEPH HAGE AARONSON LLC<br>Gregory P. Joseph<br>Gila S. Singer<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Telephone: (212) 407-1200<br>gjoseph@jhany.com<br><br>-and-<br><br>ZAIGER LLC<br>Jeffrey H. Zaiger<br>Judd A. Lindenfeld<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Telephone: (917) 572-7701<br>jzaiger@zaigerllc.com<br><br>-and-<br><br>COHEN AND GRESSER LLP<br>Douglas J. Pepe<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 957-7605<br>dpepe@cohengresser.com<br><br>*Counsel for the Trustee* | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ Laura Davis Jones<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       dbertenthal@pszjlaw.com<br>       pkeane@pszjlaw.com<br><br>-and-<br><br>GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>Patricia L. Glaser (admitted pro hac vice)<br>Gali Grant (admitted pro hac vice)<br>Matthew P. Bernstein (admitted pro hac vice)<br>10250 Constellation Blvd.<br>19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Fax: (310) 556-2920<br>Email: pglaser@glaserweil.com<br>       ggrant@glaserweil.com<br>       mbernstein@glaserweil.com<br><br>*Counsel for Yucaipa* |

IT IS SO ORDERED this 23rd day of February 2022

_____
United States District Judge

6